

146 So. 915
**Merwyn AKIN v. P. H. LEWIS, Adm'r.**
**7 Div. 173.**

Supreme Court of Alabama.
Feb. 23, 1933.

London, Yancey & Brower, of Birmingham, for appellant.

W. T. Starnes, of Pell City, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

147 So. 919
**Susie Mae BARROW v. John LINDSEY.**
**5 Div. 136.**

Supreme Court of Alabama.
April 6, 1933.

W. Howell Morrow, of West Point, Ga., and Holley, Milner & Holley, of Wetumpka, for appellant.

Jacob A. Walker, of Opelika, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

147 So. 919
**Lee BENNETT v. Mary R. HOLLIS.**
**2 Div. 10.**

Supreme Court of Alabama.
March 23, 1933.

R. I. Jones, of Linden, for appellant.

George Pegram, of Linden, for appellee.

PER CURIAM.

Affirmed for want of assignment of errors.

147 So. 919
**BIRMINGHAM TRUST & SAVINGS CO., Admr., v. JOHNSON–CARR CO.**
**6 Div. 202.**

Supreme Court of Alabama.
April 3, 1933.

PER CURIAM.

Reversed and remanded as per agreement.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

146 So. 915
**COMMERCIAL CREDIT CO. v. Julia A. GIBSON.**
**4 Div. 647.**

Supreme Court of Alabama.
Jan. 19, 1933.

Rehearing Granted March 9, 1933.

C. J. Griffith and David J. Davis, both of Birmingham, and Geo. Grant, of Troy, for appellant.

147 So. 919

**John Frazier CONNELLY, alias Johnnie Crawford, v. STATE.**

**6 Div. 708.**

Supreme Court of Alabama.
April 6, 1933.

Thos. E. Knight, Jr., Atty. Gen., for the State.

KNIGHT, Justice.

The appellant was indicted and tried in the circuit court of Jefferson county for the offense of murder in the first degree. The trial resulted in the conviction of appellant of murder in the first degree, and his punishment was fixed by the jury at life imprisonment in the penitentiary. From the verdict and sentence, defendant prosecutes this appeal upon the record, without a bill of exceptions.

The record proper discloses due and proper organization of the court at which the indictment was found and returned against the defendant, and the record also affirmatively shows that the indictment, trial, conviction, and sentence of the defendant are, in all respects, regular.

Inasmuch as no error appears upon the record, and there being no bill of exceptions, the judgment and sentence of the circuit court must be affirmed.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

Brassell & Rowe, of Troy, for appellee.

145 So. 913

**W. P. GARNER et al. v. M. V. HUGHENS et al.**

**7 Div. 58.**

Supreme Court of Alabama.
Jan. 12, 1933.

PER CURIAM.

Application for rehearing granted; appeal dismissed by appellant, and opinion withdrawn.

PER CURIAM.

Appeal dismissed for want of prosecution.